TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor: NICOLE MARIE BUIE

Number: 15-04461-LA13

Hearing: 02:00 PM Thursday, December 20, 2018

Motion: MOTION FOR RELIEF FROM STAY, RS # AT-1 .00 FILED BY KRISTIN A. ZILBERSTEIN ON BEHALF OF US BANK TRUST N.A, AS TRUSTEE OF BUNGALOW SERIES F TRUST

If parties manage to agree on an APO in advance of this hearing, please notify the courtroom deputy and appearances will be excused.

In that event, debtor's counsel will be awarded the guideline fee for his/her services in this matter.