**Fill in this information to identify the case:**

Debtor 1 **Nicole Marie Buie**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: **Southern**   District of **California**
(State)

Case number **15-04461-LA13**

---

## Form 4100R

# Response to Notice of Final Cure Payment

**10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** US Bank Trust N.A, as Trustee of Bungalow Series F Trust

**Court claim no.** (if known): **23**

**Last 4 digits** of any number you use to identify the debtor's account:  **2  5  7  6**

**Property address:** **611 Cardiff St**
Number      Street

**San Diego, CA 92114**
City                    State      ZIP Code

---

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

- [x] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

- [ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

---

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

- [ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  The next postpetition payment from the debtor(s) is due on: ___/___/___
  MM / DD / YYYY

- [x] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a.  Total postpetition ongoing payments due:      (a) $ 12,626.65

  b.  Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $ _____

  c.  **Total.** Add lines a and b.      (c) $ 12,626.65*

  Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:      05 / 01 / 2020
  MM / DD / YYYY

  *This includes amounts from the APO entered on 6/3/2020 that have not been paid on top of the missing ongoing mortgage payments.

---

Debtor 1    Nicole Marie Buie

First Name     Middle Name     Last Name

Case number *(if known)* 15-04461-LA13

---

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Erica Loftis

Signature

Date 09 / 24 / 2020

Print    Erica Loftis

First Name     Middle Name     Last Name

Title   Authorized Agent for Secured Creditor

Company   Ghidotti Berger, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   1920 Old Tustin Ave.

Number     Street

Santa Ana, CA  92705

City     State     ZIP Code

Contact phone ( 949 ) 427 – 2010

Email bknotifications@ghidottiberger.com




**BSI Financial Services**

**Loan Information**

| | |
|---|---|
| Loan # | |
| Borrower | |
| BK Case # | 15-04461 |
| Date Filed | 7/1/2015 |
| First Post Petition Due Date | |
| POC Covers | Loan Monitored 7/1/17 |

**Payment Changes**

| Date | P&I | Escrow | Total | Reason End | |
|---|---|---|---|---|---|
| 7/1/2017 | $1,006.76 | $473.85 | $1,480.61 | | Per System |
| 8/14/2017 | $1,006.76 | $454.10 | $1,460.86 | | Per System |
| 10/1/2017 | $1,005.42 | $325.59 | $1,350.91 | | Per System |
| 11/9/2017 | $1,005.42 | $353.39 | $1,359.79 | | Per System |
| 1/2/2018 | $1,006.75 | $403.91 | $1,412.66 | | Per System |
| 12/2/2019 | $1,006.75 | $465.49 | $1,413.24 | | 12/2/2019 |
| 4/2/2020 | | | $0.00 | | 3/4/2020 |

| Date | Amount Recd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | APO Amort Credit | APO Amort Debit | APO Suspense Balance | APO Paid to Date | POC Amort Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/20/2017 | $1,391.05 | | 7/1/2017 | $1,480.61 | $89.56 | $89.56 | | $89.56 | | | $1,391.05 | | | | $0.00 | $0.00 | $0.00 |
| 8/24/2017 | $1,095.80 | | 9/1/2017 | $1,095.80 | $89.56 | | $89.56 | $0.00 | | | $1,391.05 | | | | $0.00 | $0.00 | $0.00 |
| 10/2/2017 | $1,505.42 | | 8/1/2017 | $1,480.61 | $69.81 | $69.81 | | $69.81 | | | $1,460.86 | | | | $0.00 | $0.00 | $0.00 |
| 11/9/2017 | $1,460.86 | | 9/1/2017 | $1,460.86 | $0.00 | | | $69.81 | | | $1,460.86 | | | | $0.00 | $0.00 | $0.00 |
| 1/2/2018 | $1,460.86 | | 10/1/2017 | $1,460.86 | $0.00 | | | $69.81 | | | $1,460.86 | | | | $0.00 | $0.00 | $0.00 |
| 1/2/2018 | $1,460.86 | | 11/1/2017 | $1,460.86 | $0.00 | | | $69.81 | | | $1,460.86 | | | | $0.00 | $0.00 | $0.00 |
| 3/14/2018 | $1,460.86 | | 12/1/2017 | $1,460.86 | $0.00 | | | $69.81 | | | $1,460.86 | | | | $0.00 | $0.00 | $0.00 |
| 4/27/2018 | $1,460.86 | | 1/1/2018 | $1,460.86 | $0.00 | | | $69.81 | | | $1,460.86 | | | | $0.00 | $0.00 | $0.00 |
| 5/30/2018 | $1,460.86 | | 2/1/2018 | $1,460.86 | $0.00 | | | $69.81 | | | $1,460.86 | | | | $0.00 | $0.00 | $0.00 |
| 6/25/2018 | $1,460.86 | | 3/1/2018 | $1,460.86 | $0.00 | | | $69.81 | | | $1,460.86 | | | | $0.00 | $0.00 | $0.00 |
| 7/2/2018 | $1,460.86 | | 4/1/2018 | $1,460.86 | $0.00 | | | $69.81 | | | $1,460.86 | | | | $0.00 | $0.00 | $0.00 |
| 9/25/2018 | $1,460.86 | STP APO entered 12/20/18 & states debtor post due - ixs $3900.00 for 6/1/18 - 11/1/18. Debtor to continue reg pmnt pmt 12/1/18 before 1/2/19; balance to cure post de default pmnt 12/1/19. Debtor to cure post default as files: STP\$-1,1,411.29-11/30/18 | 5/1/2018 | $1,460.86 | -$1,460.86 | | $519.14 | | $19.14 | | | $1,460.86 | | | | $0.00 | $0.00 | $0.00 |
| 12/21/2018 | $1,460.86 | | 12/1/2018 | $598.72 | $598.72 | $598.72 | | $598.72 | | | $0.00 | | | | $0.00 | $0.00 | $0.00 |
| 1/24/2019 | $2,253.53 | | 1/2/2019 | $1,362.14 | $890.39 | $890.39 | | $890.39 | | | $0.00 | | | | $0.00 | $0.00 | $0.00 |
| 1/24/2019 | $2,253.53 | 3/1\$ '19 Strip P'mnt | 7/1/2018 | $1,362.14 | $0.00 | | $795.67 | $0.00 | $795.67 | | $795.67 | $795.67 | | | $0.00 | $0.00 | $0.00 |
| 3/14/2019 | $2,253.53 | 2/1\$ '19 Strip P'mnt | 8/1/2018 | $1,362.14 | $890.39 | $890.39 | | $890.39 | | | $0.00 | | | | $0.00 | $0.00 | $0.00 |
| 3/14/2019 | $2,253.53 | 3/1\$ '19p P'mnt | 9/1/2018 | $1,362.14 | $0.00 | | $795.67 | $0.00 | $795.67 | | $1,591.34 | $1,591.34 | | | $0.00 | $0.00 | $0.00 |
| 5/10/2019 | $2,253.53 | 2/1\$ '19 Strip P'mnt | 10/1/2018 | $1,362.14 | $890.39 | $890.39 | | $890.39 | | | $0.00 | | | | $0.00 | $0.00 | $0.00 |
| 5/10/2019 | $2,253.53 | 4/1/2019 | 10/1/2018 | $1,362.14 | $0.00 | | $795.67 | $0.00 | $795.67 | | $2,387.01 | $2,387.01 | | | $0.00 | $0.00 | $0.00 |
| 6/17/2019 | $2,253.53 | 4/19 P'mnt | 4/1/2019 | $1,362.14 | $890.39 | $890.39 | | $890.39 | | | $0.00 | | | | $0.00 | $0.00 | $0.00 |
| 6/17/2019 | $2,253.53 | 4/1/19 Strip P'mnt | 11/1/2018 | $1,362.14 | $0.00 | | $795.67 | $0.00 | $795.67 | | $3,182.68 | $3,182.68 | | | $0.00 | $0.00 | $0.00 |
| 7/30/2019 | $2,155.00 | 5/1/19 Strip P'mnt | 12/1/2018 | $1,362.14 | $0.00 | | $795.67 | $0.00 | $795.67 | | $3,978.35 | $3,978.35 | | | $0.00 | $0.00 | $0.00 |
| 8/24/2019 | $2,155.00 | 6/1/19 Strip P'mnt | 1/2/2019 | $1,362.14 | $792.86 | $792.86 | | $792.86 | | | $494.79 | | | | $0.00 | $0.00 | $0.00 |
| 9/12/2019 | $2,155.00 | 6/1/19 Strip P'mnt | 1/2/2019 | $1,362.14 | $0.00 | | $795.67 | $0.00 | $795.67 | | $4,774.02 | $4,774.02 | | | $0.00 | $0.00 | $0.00 |
| 10/1/2019 | $2,155.00 | 7/1\$ '19 Strip P'mnt | 2/1/2019 | $1,362.14 | $792.86 | $792.86 | | $792.86 | | | $495.98 | | | | $0.00 | $0.00 | $0.00 |
| 10/1/2019 | $2,155.00 | 7/1\$ '19 Strip P'mnt | 2/1/2019 | $1,362.14 | $0.00 | | $795.67 | $0.00 | $795.67 | | $5,541.69 | $5,541.69 | | | $0.00 | $0.00 | $0.00 |
| 11/14/2019 | $2,155.00 | 8/1\$ '19 Strip P'mnt | 3/2/2019 | $1,362.14 | $792.86 | $792.86 | | $792.86 | | | $497.17 | | | | $0.00 | $0.00 | $0.00 |
| 11/14/2019 | $2,155.00 | 9/1\$ '19 Strip P'mnt | 3/2/2019 | $1,362.14 | $0.00 | | $795.67 | $0.00 | $795.67 | | $6,333.36 | $6,333.36 | | | $0.00 | $0.00 | $0.00 |
| 11/25/2019 | $2,000.00 | 9/1\$ '19 Strip P'mnt | 4/2/2019 | $1,362.14 | $637.86 | $637.86 | | $637.86 | | | $1,135.03 | | | | $0.00 | $0.00 | $0.00 |
| 11/25/2019 | $2,000.00 | 10/1/2019 P'mnt | 4/2/2019 | $1,362.14 | $0.00 | | $795.67 | $0.00 | $795.67 | | $7,125.03 | $7,125.03 | | | $0.00 | $0.00 | $0.00 |
| 12/2/2019 | $3,400.00 | 10/1/19 P'mnt | 5/2/2019 | $1,362.14 | $37.86 | $37.86 | | $37.86 | | | $545.74 | | | | $0.00 | $0.00 | $0.00 |
| 3/12/2020 | $3,415.00 | 11/1\$ '19 Strip P'mnt | 7/1/2019 | $1,362.14 | $1,415.00 | $1,415.00 | | $1,453.86 | | | $0.00 | | | | $0.00 | $0.00 | $0.00 |
| 3/12/2020 | $3,415.00 | 7/1/2019 | | $436.46 | $436.46 | | $436.46 | $1,362.14 | | $7,916.70 | $7,916.70 | | | $0.00 | $0.00 | $0.00 |
| 3/12/2020 | | APO reverted 3/4/20 (as $8,645.49 for 11/1/20 - 3/1/20 ixs $1,415.41 + 6/1/20 - 9/1/20 ixs $413.24 & 1 Stip on $795.67. Debtor to pay $595.96/mo 10/1/19 - 6/7/20. Removing reg pmts 3/1/20.) | | 8/1/2019 | | $436.46 | | | $436.46 | $1,362.14 | | $6,554.56 | | | | $0.00 | $0.00 | $0.00 |
| 3/12/2020 | | | | 9/1/2019 | | $436.46 | | | $436.46 | $1,362.14 | | $5,192.42 | | | | $0.00 | $0.00 | $0.00 |
| 3/12/2020 | | | | 10/1/2019 | | $436.46 | | | $436.46 | $1,362.14 | | $3,830.28 | | | | $0.00 | $0.00 | $0.00 |
| 3/12/2020 | | | | 11/1/2019 | | $436.46 | | | $436.46 | $1,362.14 | | $2,468.14 | | | | $0.00 | $0.00 | $0.00 |
| 3/12/2020 | | | | 11/1/2019 | | $436.46 | | | $436.46 | $1,362.14 | | $5,106.00 | | | | $0.00 | $0.00 | $0.00 |
| 6/12/2020 | $3,595.00 | 6/12/2020 APO P'mnt | 11/2/2019 | $1,413.24 | $0.00 | $541.76 | | $0.00 | $436.46 | | $1,542.46 | $436.46 | | | $0.00 | $0.00 | $0.00 |
| 6/12/2020 | $3,595.00 | 6/12/2020 APO P'mnt | 1/2/2020 | $1,413.24 | $541.76 | $541.76 | | $541.76 | | | $2,077.52 | $973.42 | | | $0.00 | $0.00 | $0.00 |
| 7/24/2020 | $3,595.00 | 7/24/2020 APO P'mnt | 1/2/2020 | $1,413.24 | $541.76 | $541.76 | | $541.76 | | | $2,615.58 | $1,510.38 | | | $0.00 | $0.00 | $0.00 |
| 8/24/2020 | $3,595.00 | 8/24/2020 APO P'mnt | 2/2/2020 | $1,413.24 | $541.76 | $541.76 | | $541.76 | | | $3,153.34 | $2,047.14 | | | $0.00 | $0.00 | $0.00 |
| 9/24/2020 | $3,595.00 | 9/1/2020 APO P'mnt | 3/2/2020 | $1,413.24 | $0.00 | | $536.96 | $0.00 | $536.96 | $1,413.24 | $3,690.30 | $2,584.10 | $1,413.24 | | $0.00 | $0.00 | $0.00 |
| 9/24/2020 | $3,595.00 | 9/15/2020 APO P'mnt | 4/2/2020 | $1,413.24 | $0.00 | | $536.96 | $0.00 | $536.96 | $1,413.24 | $3,153.34 | $2,584.10 | $1,413.24 | | $0.00 | $0.00 | $0.00 |

## **CERTIFICATE OF SERVICE**

On September 24, 2020, I served the foregoing documents described as Response to Notice of Final Cure on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Lennie Ann Alzate                alzatevarley@gmail.com
Thomas K. Shanner              toby@shannerlaw.com

TRUSTEE
Thomas H. Billingslea          Billingslea@thb.coxatwork.com

US TRUSTEE
US Trustee                           ustp.region15@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll

On September 24, 2020, I served the foregoing documents described as Response to Notice of Final Cure on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| Debtor Nicole Marie Buie 611 Cardiff St San Diego, CA 92114 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll